1:26-cr-00006-JAW

## Synopsis

2026 JAN 14 P 2:47

| | |
|---|---|
| **Name:** | Ralph Nason |
| **Address:** (City & State Only) | Howland, ME |
| **Year of Birth and Age:** | 1961/64 |
| **Violations:** | **Count 1:** Possession of a Firearm by a Felon. See 18 U.S.C. §§922(g)(1), 924(a)(8) |
| **Penalties:** | **Count 1:** A term of imprisonment of up to 15 years, a $250,000 fine, or both. See 18 U.S.C. §§924(a)(8), 3571(b)(3) |
| **Supervised Release:** | **Count 1:** Not more than three years. See 18 U.S.C. §3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** Two years per violation. See 18 U.S.C. §3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** Three years, less any term of imprisonment. See 18 U.S.C. §3583(h) |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | HSI/Stephen Morrell |
| **Detention Status:** | Warrant to issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Raphaelle A. Silver |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |

| | |
|---|---|
| **Corporate Victims Owed Restitution?** Y/N | N/A |
| **Assessments:** | $100.00 |